FILED
2020 JUL 31 PM 1:35
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DIANA TRUE, CORI BEHRENDS, STEPHANIE ANDREWS, VIRGINIA MATHIOS, AND MICHELE NOREN,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC., a Delaware corporation,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION FOR STAY OF THE CASE**<br><br>Case No. 2:20-cv-00191-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Based upon the stipulated motion (ECF 8) of the parties in this matter, and for good cause appearing, it is hereby ordered that this case shall by stayed for a period of 30 days. The parties must file a status report regarding the notice of right to sue from the Equal Employment Opportunity Commission no later than August 31, 2020.

By filing the stipulated motion, Defendant has not waived any defenses available to it under the law, including but not limited to all defenses based on lack of jurisdiction, statute-of-limitation, and failure to satisfy administrative pre-requisites.

DATED this 31 July 2020.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah