FILED
2020 AUG 27
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DIANA TRUE, CORI BEHRENDS, STEPHANIE ANDREWS, VIRGINIA MATHIOS, AND MICHELE NOREN,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC., a Delaware corporation,<br><br>Defendant. | ORDER LIFTING STAY AND GRANTING STIPULATED MOTION FOR EXTENSION OF TIME<br><br>Case No. 2:20-cv-00191-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is the parties' Joint Status Report (ECF 13) and Stipulated Motion for Entry of Case Management Order (ECF 15) (the Motion). In the Joint Status Report, the parties request that the court's 30-day stay of the case entered on July 31, 2020 (ECF 10) be lifted (ECF 13 at 2). The parties further request an extension of time for Defendant to respond to Plaintiffs' Complaint (ECF 2), and if a motion to dismiss is filed, for an extension of time to file response and reply memoranda (ECF 13 at 2; ECF 15). In light of the relief requested, the court will construe the Motion as a request for an extension of time. Based upon the status report and stipulated motion of the parties in this matter, and for good cause appearing, it is hereby

**ORDERED** that:

1. The court's July 31, 2020 Stay is LIFTED;

2. The Motion (ECF 15) is GRANTED;

    3.      Defendant shall have until September 30, 2020 to respond to Plaintiffs' Complaint;

    4.      If Defendant moves to dismiss any part of Plaintiffs' Complaint, Plaintiffs shall have until October 31, 2020 to oppose Defendant's motion to dismiss;

    5.      Defendant shall have until November 25, 2020 to file a reply memorandum;

    6.      In the event that Defendant moves to dismiss any part of Plaintiffs' Complaint, Defendant shall not be required to file an Answer to Plaintiffs' Complaint until the court has ruled on Defendant's motion to dismiss.

IT IS SO ORDERED.

DATED this 27 August 2020.

*[signature: Cecilia M. Romero]*

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah