AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Cori Behrends,

Plaintiff,

v.

Delta Air Lines, Inc., a Delaware corporation,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:20-cv-191-HCN

IT IS ORDERED AND ADJUDGED

That summary judgment is granted in favor of Defendant and against Plaintiff.

June 14, 2024

*Date*

BY THE COURT:

_____

Howard C. Nielson, Jr.
United States District Judge